# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

TIMOTHY L. PEARSON,
     Plaintiff,

    vs.

UNITED AUTOMOBILE WORKERS
INTERNATIONAL UNION, et al.,
     Defendants.

Case No. 1:12-cv-966

Beckwith, J.

Litkovitz, M.J.

**ORDER**

On April 18, 2013, the Court ordered plaintiff to show cause, in writing, within twenty (20) days why the complaint should not be dismissed against defendants for failure of service. (Doc. 2).  This matter is before the Court on plaintiff's response to the show cause order.  (Doc. 4).  For good cause shown, the Court hereby extends for **sixty (60) days** the period within which plaintiff must serve defendants in this matter and show proof of service on the docket of the Court.

    **IT IS SO ORDERED.**

Date: 6/3/13

Karen L. Litkovitz
United States Magistrate Judge

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

| A. Signature | |
|---|---|
| X | ☑ Agent ☐ Addressee |

| B. Received by ( Printed Name) | C. Date of Delivery |
|---|---|

| D. Is delivery address different from item 1? ☐ Yes |
|---|
| If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Timothy L. Pearson
7752 Montgomery Rd.
Unit 35
Cinti, OH 45236

3. Service Type
  ☑ Certified Mail   ☐ Express Mail
  ☐ Registered   ☐ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7002 3150 0000 8389 9616

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540